Atlantic Yeast Corporation, Appellant, v. Indemnity Insurance Company of North America, Respondent.— Action to recover damages for the alleged failure of defendant to furnish plaintiff with a sufficient guaranty to accompany plaintiff's bid to supply yeast to the Navy Department of the United States.

Judgment dismissing the complaint at the close of the plaintiff's case unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.